IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN M. MARTENS,
    Petitioner,

vs.                                Case No.:  3:07cv323/MCR/EMT

WARDEN CHARLES HALLEY, et al.,
    Respondents.
_____/

**O R D E R**

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1).  The filing fee has been paid.

    The court notes that Petitioner failed to file his petition on the court-approved form for use in section 2254 cases.  Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration an application for writ of habeas corpus under section 2254 unless the appropriate petition form is properly completed and filed.  Thus, Petitioner must file an amended petition on the form for use in section 2254 cases.  Petitioner is advised that the amended petition must contain all of his allegations, and it should not in any way refer to the original pleading.  The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded.  Local Rule 15.1, Northern District of Florida.

    Additionally, Petitioner must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida.  Therefore, Petitioner must submit three (3) complete copies of the amended petition.

    Accordingly, it is **ORDERED**:

    1.    The clerk shall send Petitioner a copy of the form for use in Section 2254 cases.  This case number should be written on the form.

2.      Petitioner shall have **THIRTY (30) DAYS** from the date of docketing of this order in which to file an amended habeas petition, which shall be typed or clearly written, submitted on the court form, and marked "Amended Petition." Additionally, Petitioner shall provide three (3) service copies of the amended petition.

3.      Petitioner's failure to submit the amended petition within **THIRTY (30) DAYS** from the date of docketing of this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 12th day of September 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**