**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEPHEN M. MARTENS,
    Petitioner,

vs.                                          Case No.:  3:07cv323/MCR/EMT

CHARLES HALLEY, WARDEN,
and WALTER A. McNEIL,
    Respondents.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 29, 2009 (Doc. 28).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The amended habeas petition (Doc. 11) is **DENIED**.

3.  All pending motions are **DENIED as moot**.

**DONE AND ORDERED** this 16th day of March, 2009.

                                       *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**